**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| DAN RIVER HOLDINGS LLC, et al., ) | |
| ) | Case No. 08-10726 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| _____ ) | |
| JEOFFREY L. BURTCH, ) | |
| CHAPTER 7   TRUSTEE, ) | |
| ) | Adv. Pro. No. 10-50255 (BLS) |
| Plaintiff, ) | |
| ) | |
| v.            ) | |
| ) | |
| KARTRI SALES COMPANY, INC. ) | |
| D/B/A KARTRI SALES CO, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DISMISSAL**

Please take notice that the complaint in the above-captioned adversary proceeding is

hereby dismissed with prejudice.  This adversary proceeding is hereby closed.

COOCH AND TAYLOR, P.A.


/s/ W. Jeffrey Whittle
W. Jeffrey Whittle (#448)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680

Direct: 302.984.3807
Fax: 302.984.3939
jwhittle@coochtaylor.com

Attorneys for Jeoffrey L. Burtch, Chapter 7 Trustee
of Dan River Holdings LLC, et al.

April 13, 2010